**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**ROCK HILL DIVISION**

| | | |
|---|---|---|
| HIGHER EDUCATION COQUI LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 0:26-cv-02255-JFA |
| | ) | |
| 2U, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

## CERTIFICATION OF JENNIFER H. THIEM

I, Jennifer Thiem, declare and state as follows:

1. I am a partner with the law firm of K&L Gates LLP ("K&L Gates"), and I am counsel of record for the Plaintiff Higher Education Coqui LLC ("Higher Ed") in the above-captioned action. I am providing this Certification in support of Plaintiff's Motion for Temporary Restraining Order and for Preliminary Injunction and pursuant to Rule 65(b)(1)(B).

2. After initiating this action, K&L Gates sent copies of the following documents via Federal Express overnight delivery to 2U, LLC's registered agent:

   - Non-issued summons;
   - Verified Complaint;
   - Motion for Temporary Restraining Order and for Preliminary Injunction;
   - Memorandum of Law in Support of Motion for Temporary Restraining Order and for Preliminary Injunction;
   - Motion to Seal;
   - Memorandum of Law in Support of Motion to Seal; and
   - Plaintiff's Answers to Local Rule 26.01 Interrogatories.

3. K&L Gates received a Federal Express delivery confirmation confirming delivery on Tuesday, June 9, 2026 at 9:55 a.m. A copy of the delivery confirmation is attached as Exhibit A.

4. On Tuesday, June 9, 2026, K&L Gates received file-stamped copies of the items listed in Paragraph 2 along with the issued summons. K&L Gates sent a formal service package with these materials to 2U, LLC's registered agent via Federal Express overnight delivery and via Certified Mail.

5.  K&L Gates received a Federal Express delivery confirmation confirming delivery on Wednesday, June 10, 2026 at 10:27 a.m.  A copy of the delivery confirmation is attached as Exhibit B.

6.  Additionally, K&L Gates provided notice of this hearing by sending a cover letter enclosing ECF No 8, Text Order, to 2U, LLC's registered agent via Federal Express overnight delivery.

7.  K&L Gates received a Federal Express delivery confirmation confirming delivery on Wednesday, June 10, 2026 at 10:27 a.m.  A copy of the delivery confirmation is attached as Exhibit C.

8.  Upon information and belief, Plaintiff's General Counsel provided the items listed in Paragraph 2 and hearing notice via e-mail to an in-house attorney for the Defendant.

9.  Robert Brunson, a partner with Nelson Mullins, contacted me yesterday.  Based on my communications with Mr. Brunson, I understand he is planning to appear on behalf of 2U, LLC at the hearing today.

**K&L GATES, LLP**

/s/ *Jennifer H. Thiem*
Jennifer H. Thiem (Fed. ID No. 9797)
134 Meeting Street, Suite 500
Charleston, SC 29401
Phone:  (843) 579-5600
Fax:  (843) 579-5601
Email:  jennifer.thiem@klgates.com

*Attorney for Higher Education Coqui LLC*

June 11, 2026
Charleston, South Carolina