# EXHIBIT A



June 11, 2026

Dear Customer,

The following is the proof-of-delivery for tracking number: 872811763059

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Shipping/Receiving |
| Signed for by: | R.Macarthur | Delivery Location: | |
| Service type: | FedEx Priority Overnight | | |
| Special Handling: | Deliver Weekday; Adult Signature Required | | WILMINGTON, DE, |
| | | Delivery date: | Jun 9, 2026 09:55 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 872811763059 | Ship Date: | Jun 8, 2026 |
| | | Weight: | 3.0 LB/1.36 KG |

Recipient:
WILMINGTON, DE, US,

Shipper:
Charleston, SC, US,

FedEx Express proof-of-delivery details appear below; however, no signature is currently available for this shipment.  Please check again later for a signature.

Thank you for choosing FedEx