# EXHIBIT C



June 11, 2026

Dear Customer,

The following is the proof-of-delivery for tracking number: 872862034488

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Shipping/Receiving |
| **Signed for by:** | M.Macarthur | **Delivery Location:** | |
| **Service type:** | FedEx Priority Overnight | | |
| **Special Handling:** | Deliver Weekday;<br>No Signature Required | | WILMINGTON, DE, |
| | | **Delivery date:** | Jun 10, 2026 10:27 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 872862034488 | **Ship Date:** | Jun 9, 2026 |
| | | **Weight:** | 0.5 LB/0.23 KG |

| Recipient: | Shipper: |
|---|---|
| WILMINGTON, DE, US, | Charleston, SC, US, |

**Reference**     2852544.00066

FedEx Express proof-of-delivery details appear below; however, no signature is currently available for this shipment.  Please check again later for a signature.

Thank you for choosing FedEx