| | |
|---|---|
| **Archived:** | Tuesday, June 23, 2026 11:05:03 AM |
| **From:** | SCDEfilingstat@scd.uscourts.gov |
| **Mail received time:** | Tue, 23 Jun 2026 15:01:59 |
| **Sent:** | Tue, 23 Jun 2026 11:00:39 |
| **To:** | scd_ecf_nef@scd.uscourts.gov |
| **Subject:** | Activity in Case 0:26-cv-02255-SAL Higher Education Coqui LLC v. 2U, LLC Order on Motion for Leave to File |
| **Importance:** | Normal |
| **Sensitivity:** | None |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## U.S. District Court

### District of South Carolina

## Notice of Electronic Filing

The following transaction was entered on 6/23/2026 at 11:00 AM EDT and filed on 6/23/2026

**Case Name:** Higher Education Coqui LLC v. 2U, LLC
**Case Number:** 0:26-cv-02255-SAL
**Filer:**
**Document Number:** 30(No document attached)

**Docket Text:**
**TEXT ORDER granting [19] Motion for Leave to File supplemental declarations and attachment in support of Defendant's Opposition. Entered at the direction of the Honorable Sherri A Lydon on 6/23/2026.(apsn)**

**0:26-cv-02255-SAL Notice has been electronically mailed to:**

Robert H Brunson    robert.brunson@nelsonmullins.com, ann.boney@nelsonmullins.com, debbie.brown@nelsonmullins.com, elizabeth.todd@nelsonmullins.com

Jennifer Hess Thiem    jennifer.thiem@klgates.com, Electronic.Service@klgates.com, gwyn.martin@klgates.com, litigation.docketing@klgates.com, susan.hampton@klgates.com

John Perry Bozeman     john.bozeman@nelsonmullins.com

Stephen Quinn Mann     quinn.mann@nelsonmullins.com

**0:26-cv-02255-SAL Notice will not be electronically mailed to:**