**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**ROCK HILL DIVISION**

| | | |
|---|---|---|
| HIGHER EDUCATION COQUI LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civ. Action No.  0:26-cv-02255-SAL |
| 2U, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

**NOTICE OF FILING WITHDRAWAL OF REQUEST**
**FOR JURISDICTIONAL DISCOVERY**

PLEASE TAKE NOTICE that Plaintiff hereby files the attached withdrawal of its request for jurisdictional discovery set forth in its Reply in further support of its Motion for Temporary Restraining Order and Preliminary Injunction.

**K&L GATES, LLP**

/s/ *Jennifer H.  Thiem*
Jennifer H.  Thiem (Fed.  ID No.  9797)
134 Meeting Street, Suite 500
Charleston, SC 29401
Phone:  (843) 579-5600
Fax:  (843) 579-5601
Email:  jennifer.thiem@klgates.com

*Attorney For Higher Education Coqui LLC*

June 25, 2026
Charleston, South Carolina