# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
### ROCK HILL DIVISION

| | | |
|---|---|---|
| HIGHER EDUCATION COQUI LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Civ. Action No.  0:26-cv-02255-SAL |
| | ) | |
| v. | ) | **COUNSEL'S ATTESTATION OF** |
| | ) | **COMPLIANCE WITH ORDER** |
| 2U, LLC, | ) | **REGARDING REFERRALS TO UNITED** |
| | ) | **STATES MAGISTRATE JUDGES** |
| Defendant. | ) | |
| | ) | |
| | ) | |

Pursuant to the Court's Order Regarding Referrals to United States Magistrate Judges dated June 12, 2026, undersigned counsel for Plaintiff Higher Education Coqui LLC ("Higher Ed") hereby attests as follows:

1. Counsel for Higher Ed has provided a copy of the Court's Order Regarding Referrals to United States Magistrate Judges to its client.

2. Counsel has advised Higher Ed of the availability of consenting to disposition of this action by a United States Magistrate Judge for all proceedings, including trial and entry of final judgment, in accordance with 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73.

3. Higher Ed has been afforded an opportunity to consider whether to consent to disposition of this action by a United States Magistrate Judge.

   Accordingly, undersigned counsel certifies its compliance with the Court's Order.


**K&L GATES, LLP**


/s/ *Jennifer H.  Thiem*
Jennifer H.  Thiem (Fed.  ID No.  9797)
134 Meeting Street, Suite 500

1613624884.1

Charleston, SC 29401
Phone:  (843) 579-5600
Fax:  (843) 579-5601
Email:  jennifer.thiem@klgates.com

*Attorney For Higher Education Coqui LLC*

June 29, 2026
Charleston, South Carolina

1613624884.1