| | |
|---|---|
| HIGHER EDUCATION COQUI LLC, | ) Civil Action No.: 0:26-cv-02255-SAL |
| | ) |
| | ) |
| Plaintiff, | ) **DEFENDANT'S ATTESTATION OF** |
| | ) **COMPLIANCE WITH COURT'S JUNE** |
| v. | ) **12, 2026 ORDER REGARDING** |
| | ) **REFERRALS TO UNITED STATES** |
| 2U, LLC, | ) **MAGISTRATE JUDGES** |
| | ) |
| Defendant. | ) |
| | ) |

Pursuant to the Court's Order Regarding Referrals to United States Magistrate Judges dated June 12, 2026, undersigned counsel for Defendant 2U, LLC ("Defendant" or "2U") hereby attests as follows.

1.      Counsel for Defendant have provided a copy of the Court's Order Regarding Referrals to United States Magistrate Judges to its client.

2.      Counsel have advised Defendant of the availability of consenting to disposition of this action by a United States Magistrate Judge for all proceedings, including trial and entry of final judgment, in accordance with 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73.

3.      Defendant has been afforded an opportunity to consider whether to consent to disposition of this action by a United States Magistrate Judge.

Accordingly, undersigned counsel certifies their compliance with the Court's Order.

Respectfully submitted this 7th day of July, 2026.

NELSON MULLINS RILEY & SCARBOROUGH LLP

*/s/ Robert H. Brunson*
Robert H. Brunson (Fed. Bar No. 4971)
E-Mail: robert.brunson@nelsonmullins.com
John P. Bozeman (Fed. Bar No. 13865)
E-Mail: john.bozeman@nelsonmullins.com

Stephen Q. Mann (Fed. Bar. No. 14540)
E-Mail: quinn.mann@nelsonmullins.com
Nelson Mullins Riley & Scarborough LLP
151 Meeting Street, Suite 600
Charleston, SC 29401
Telephone: (843) 534-4226

*Attorneys for Defendant 2U, LLC*